■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP WILLIAMS, Appellant. [23 NYS3d 894]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), dated July 18, 2013, convicting him of driving while ability impaired by alcohol, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court did not err in failing to grant the defendant's motion for a missing witness charge, as the testimony of the subject witness would have been cumulative to the testimony of the other witnesses (*see People v Savinon*, 100 NY2d 192, 197 [2003]; *People v Gonzalez*, 68 NY2d 424, 428 [1986]).

The defendant's contention concerning the Supreme Court's post-summation colloquy with the prosecutor is unpreserved for appellate review and, in any event, without merit (*see People v Issac*, 121 AD3d 816, 816-817 [2014]). Balkin, J.P., Chambers, Cohen and Maltese, JJ., concur.